IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FINJAN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 10-cv-593 (GMS) |
| ) | |
| SYMANTEC CORP., SOPHOS, INC., ) | |
| and WEBSENSE, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on December 20, 2012. The verdict was accompanied by a verdict form (D.I. 746), a copy of which is attached hereto. Therefore,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, SYMANTEC CORPORATION, SOPHOS, INC., and WEBSENSE, INC. (collectively, "the defendants"), and against the plaintiff, FINJAN, INC., that:

SYMANTEC CORPORATION does not directly or literally infringe Claims 1, 5, 6, 12, 15, 33, 37, 38, 45, 52, or 55 of U.S. PATENT NO. 6,480,962 or Claims 1, 2, 32, 35, 36, 37, 58, 65, or 66 of U.S. PATENT NO. 6,092,194; that SOPHOS, INC. does not directly or literally infringe Claims 1, 5, 6, 12, 21, 33, 37, 38, 45, or 52 of U.S. PATENT NO. 6,480,962 or Claims 1, 2, 32, 35, 36, 37, 58, 65, or 66 of U.S. PATENT NO. 6,092,194; that WEBSENSE, INC. does not directly, literally, or willfully infringe Claims 1, 2, 32, 35, 36, 37, 58, 65, or 66 of U.S. PATENT NO. 9,092,194; that the defendants have proven by clear and convincing evidence that Claims 1, 2, 32, 35, 36, 37, 58, 65, and 66 of U.S. PATENT NO. 6,092,194 are invalid as anticipated; that the defendants have proven by clear and convincing evidence that Claims 1, 2, 32, 35, 36, 37, 58,

65, and 66 of U.S. PATENT NO. 6,092,194 are invalid as obvious; that SYMANTEC CORPORATION and/or SOPHOS have proven by clear and convincing evidence that Claims 1, 5, 6, 12, 15, 21, 33, 37, 38, 45, 52, and 55 of U.S. PATENT NO. 6,480,962 are invalid as anticipated and that Claims 1, 5, 6, 12, 15, 21, 33, 37, 38, 45, 52, and 55 are invalid as obvious.

Dec. 21, 2012

_____
CHIEF, UNITED STATES DISTRICT JUDGE