# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1682

**FINJAN INC., a Delaware corporation,**
*Plaintiff - Appellant*

v.

**SYMANTEC CORP., a Delaware corporation, WEBSENSE INC., a Delaware corporation, SOPHOS INC., a Massachusetts corporation,**
*Defendants - Appellees*

Appeal from the United States District Court for the District of Delaware in case no. 1:10-cv-00593-GMS Chief Judge Gregory M. Sleet

## MANDATE

In accordance with the judgment of this Court, entered September 15, 2014, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

    FOR THE COURT

    /s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court